IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-179 |
| | ) | (PHILLIPS/SHIRLEY) |
| GREGORY ALEC PHILLIPS | ) | |

## MOTION

Comes now the United States of America by its counsel Charles E. Atchley, Jr., Assistant United States Attorney for the Eastern District of Tennessee, and moves this Court to reschedule the current trial date to another date. In support of which the United States would show as follows:

1. Defendant filed a Motion to Continue [Doc. 21] on January 18, 2005. The United States did not oppose this motion.

2. This Honorable Court granted defendant's motion in an Order [Doc. 22] entered January 21, 2005, continuing the trial until April 21, 2005.

3. The lead case agent in this matter is scheduled to be outside of the United States from April 21st until April 30, 2005. Her presence will be required for the trial of this matter.

4. Counsel for the United States has spoken with counsel for the defendant and they do not oppose a rescheduling of the trial date in this matter.

Wherefore, the United States moves this Honorable Court for an order rescheduling the trial of this matter to a date convenient for all parties. Furthermore, the United States would move for an extension of the motion response deadline for a period of three weeks beyond its current deadline of February 2, 2005.

Respectfully submitted, this the 31st day of January, 2005.

                                          HARRY S. MATTICE, JR.
                                          United States Attorney

                          By:    s/Charles E. Atchley, Jr.
                                 Charles E. Atchley, Jr.
                                 Assistant U.S. Attorney
                                 800 Market Street, Suite 211
                                 Knoxville, TN 37902
                                 (865) 545-4167
                                 BPR# 016414

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2005, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail or facsimile. Parties may access this filing through the Court's electronic filing system.

Gregory P. Isaacs, Esq.
The Arcade Building, Suite 300
618 South Gay Street
P.O. Box 2448
Knoxville, Tennessee 37901-2448

                                          s/Charles E Atchley, Jr.
                                          Assistant United States Attorney