# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

UNITED STATES OF AMERICA

V.

GREGORY ALEC PHILLIPS

## EXHIBIT AND WITNESS LIST

Case Number:  3:04-CR-179

| PRESIDING JUDGE C. CLIFFORD SHIRLEY, JR. | PLAINTIFF'S ATTORNEY W. MACKIE, C. ATCHLEY | DEFENDANT'S ATTORNEY GREGORY ISAACS |
|---|---|---|
| TRIAL DATE (S) DET HRG | COURT REPORTER DAVID WORTS (MILLER & MILLER) | COURTROOM DEPUTY CLARETTA SAYLES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/9/05 | | | MICHELLE PATTERSON, SPECIAL AGENT, INS |
| 1 | | " | X | X | DEFENDANT'S PASSPORT |
| 2 | | " | X | X | COPY OF CONTENTS TAKEN FROM DEFENDANT'S WALLET (5 PAGES) |
| 3 | | " | X | X | EMAIL TO DEFENDANT FROM DR. PAUL SCHWIZER |
| 4 | | " | X | X | EMAIL TO DEFENDANT FROM DR. PAUL SCHWIZER |
| 5 | | " | X | X | EMAIL TO DEFENDANT FROM DR. PAUL SCHWIZER |
| 6 | | " | X | X | EMAIL TO DEFENDANT FROM DR. PAUL SCHWIZER |
| 7 | | " | X | X | EMAIL TO DEFENDANT FROM DR. PAUL SCHWIZER |
| | | | | | |
| | X | 2/9/05 | | | DR. PAUL SCHWIZER |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.