IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
v. ) Case No. 3:04-CR-179
) Judge Phillips
GREGORY ALEC PHILLIPS )
)
Defendant. )

AGREED FACTUAL BASIS

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and the defendant, Gregory Alec Phillips, with the concurrence of his attorney Gregory P. Isaacs, Esq., hereby stipulate to the following facts:

1. In or about August 2001, the defendant traveled from the United States to Thailand in foreign commerce for the purpose of residing in Bangkok, Thailand and beginning employment as a teacher at the American School of Bangkok, in Bangkok, Thailand. From in or about August 2001 through in or about October 2004, the defendant resided in Bangkok and was employed as a teacher at one or more schools in Bangkok. Throughout this time period, the defendant was a citizen of the United States and had obtained the necessary legal authorization to reside and work in Thailand.

2. From at least in or about May 2004 through October 29, 2004, the defendant resided at a house located at an address known as 50/385 Moo Ban Kuankul Villa, Soi Nawamin 26 Road, Sub-District of Bangkapi, Bangkok, Thailand.

3. From in or about May 2004 or earlier through October 29, 2004, the defendant lived at his residence at 50/385 Moo Ban Kuankul Villa in Bangkok with a Thai national child

named Prasert Ketbuakaew, also known the the name "Ong." Ong was born in Thailand on August 1, 1991. Accordingly, during the time period from May 2004 through October 29, 2004, Ong was over thirteen years of age, but under sixteen years of age.

4. After the time when the defendant traveled in foreign commerce to Thailand and during the time he resided with the Thai child known as Ong, the defendant engaged in illicit sexual conduct and contact as defined by statute. The defendant's actions over this time period included physical contact with the Thai child known as Ong in a manner that involved repeated touching in a manner that was intended to arouse or gratify the defendant's sexual desire.

5. The defendant acknowledges that he understands that the above facts are submitted to the Court with the information necessary to support the defendant's guilty plea as required by Rule 11 of the Federal Rules of Criminal Procedure, and that additional facts (including criminal conduct) and information may be considered by the Court in determining the defendant's sentencing guidelines and appropriate sentence.

HARRY S. MATTICE, JR.
United States Attorney

By: ______________________
CHARLES E. ATCHLEY, JR
A. WM. MACKIE
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865)545-4167

Dated: May 17, 2005

______________________
GREGORY ALEC PHILLIPS
Defendant

______________________
GREGORY P. ISAACS, Esq.
Attorney for the Defendant

Dated: 5-17-, 2005