UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GREGORY ALEC PHILLIPS,

    Petitioner,

v.                                       3:04-cr-179
                                       3:08-cv-057

UNITED STATES OF AMERICA,

    Respondent.

## **O R D E R**

The petitioner has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading to the motion within thirty (30) days from entry of this Order. Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

    **ENTER:**

                                                                s/ Thomas W. Phillips
                                                              United States District Judge