# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902
(865) 545-4228

**DEBRA C. POPLIN**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

RE: 3:04-cr-179-1; United States of America v Gregory Alec Phillips

## NOTICE REGARDING EXHIBITS [80]

Exhibits in possession of the court in the above-styled case are no longer needed by the court. Pursuant to Rule 43.3 of the Local Rules of this Court, these exhibits are being returned to you.

_____Melissa O'Neill_____
Signature of party receiving exhibits

✓ Government     ☐ Defendant

Date: 5-1-15

__s/Jason Huffaker__
Courtroom Deputy